

**OFFICE OF THE DISTRICT ATTORNEY**
**WESTCHESTER COUNTY**

WESTCHESTER COUNTY COURTHOUSE
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-2000

JUL - 8 2008

## MEMO ENDORSED

**JANET DiFIORE**
DISTRICT ATTORNEY

July 8, 2008

(via facsimile)
Hon. Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
40 Centre Street, Room 631
New York, New York 10007-1581

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

Re: Steven Warren v Poole
    07 Civ. 10416 (BSJ)(DF)

Your Honor:

   Pursuant to the Court's order of May 9, 2008, respondent's answer was required to be filed by July 11, 2008.
   Due to numerous other matters pending in both state and federal courts, the number of issues raised by the petitioner, and a severe shortage of personnel in the section handling collateral post-conviction litigation for this Office, it is necessary that we request an extension of time in order to adequately respond to the allegations of the petition and provide the relevant exhibits. **We request that respondent's time to answer be enlarged to August 15, 2008.**
   No prior request for such relief has been made. As the petition is *pro se*, petitioner's consent for this application has not been sought.
   Thank you for your consideration of these matters.

                                      Very Truly Yours,

                                      JANET DiFIORE
                                      District Attorney

                                      Joseph M. Latino
                                      Assistant District Attorney

cc: Steven Warren (by mail)
    06 A 1183
    Sing Sing Correctional Facility
    353 Hunter Street
    Ossining NY 10562

*The within request is granted. Petitioner shall serve and file reply papers, if any, no later than September 15, 2008.*

SO ORDERED:   DATE: 7/8/08

**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE